**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02730-GPG

WESLEY R. WOLF BROWN,

    Plaintiff,

v.

BECKY SHOE, Supervisor, Insta Check Unit, with the Colorado Bureau of Investigation,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 6, 2016, Plaintiff filed a Motion to Amend Complaint, ECF No. 5, and Motion for Reconsideration, ECF No. 6. Both motions are denied as moot. The filing fee was paid in full on February 3, 2016. Plaintiff also filed an Amended Complaint on February 3, 2016.

Dated:  February 4, 2016