IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02730-GPG

WESLEY R. WOLF BROWN,

    Plaintiff,

v.

BECKY SHOE, Supervisor, Insta Check Unit, with the Colorado Bureau of Investigation,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED March 2, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge