**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.15-cv-02730-MEH

WESLEY R. WOLF BROWN,

    Plaintiff,

v.

BECKY SHOE, Supervisor, InstaCheck Unit, Colorado Bureau of Investigation,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Magistrate Judge Michael E. Hegarty entered on April 15, 2016  it is

ORDERED that, Defendant's Motion to Dismiss filed February 29, 2016  [11], is granted.  It is

FURTHER ORDERED that, final judgment enter in favor of Defendant Becky Shoe and against Plaintiff Wesley R. Wolf Brown.

    Dated at Denver, Colorado this 15th day of April, 2016.

                                                FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid

S. Libid, Deputy Clerk