IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02730-MEH

WESLEY R. WOLF BROWN,

    Plaintiff,

v.

BECKY SHOE, Supervisor, Insta Check Unit, Colorado Bureau of Investigation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2016**.

    Plaintiff's Motion for Reconsideration of the Court's April 15, 2016 Order [filed April 20, 2016; docket #37] is **denied as moot**.  The Court has vacated its April 15, 2016 order (*see* dockets #33 and #34), and will consider the Plaintiff's surreply ("rejoinder") filed on April 18, 2016 in adjudicating the motion to dismiss.