### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.15-cv-02730-MEH

WESLEY R. WOLF BROWN,

    Plaintiff,

v.

BECKY SHOE, Supervisor, InstaCheck Unit, Colorado Bureau of Investigation,

    Defendant.

### FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Amended Order of Magistrate Judge Michael E. Hegarty entered on April 22, 2016,  it is

    ORDERED that, Defendant's Motion to Dismiss filed February 29, 2016  [11], is granted.  It is

    FURTHER ORDERED that, final judgment enter in favor of Defendant Becky Shoe and against Plaintiff Wesley R. Wolf Brown.

    Dated at Denver, Colorado this 22nd day of April, 2016.

                                                     FOR THE COURT:
                                                    JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid

S. Libid, Deputy Clerk